BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:10-cr-000311 OWW |
| ) | |
| Plaintiff, ) | STIPULATION FOR CALENDARING OF GOVERNMENT'S MOTION TO REVOKE ORDER STAYING MAGISTRATE'S ORDER RELEASING DEFENDANT ON O/R CONDITIONS |
| v. ) | |
| ) | |
| TODD UDALL, ) | Date:  July 28, 2010 |
| ) | Time:  3:00 p.m. |
| ) | Place: Courtroom Three |
| Defendant. ) | Hon:   Oliver W. Wanger |

The United States of America, plaintiff herein, respectfully files this stipulation for calendaring of the government's motion to revoke the Magistrate Judge's order releasing defendant TODD UDALL, on his own recognizance. The parties further agree that they are first able to have the matter heard on Wednesday, July 28, 2010, at 3:00 p.m. and that the defendant's release will be stayed through resolution of the District Court's decision on the government's motion.

1

The government is moving to revoke the order releasing the defendant, under 18 U.S.C. § 3145. The basis for this motion is that the defendant is a danger to the community and no condition or combination of conditions are adequate to assure the safety of the community. The government requests a hearing before the District Court, and the parties have agreed to the date and time in the proposed order.

This Court has the authority to authorize a stay under 18 U.S.C. § 3142(f), which provides that a defendant may be detained pending completion of the detention hearing. Congress expressly identified a clear public interest in permitting review of a magistrate judge's release order pursuant to section 3145. Requiring release pending review by the district court would frustrate the very purpose of this review. United States v. Huckabay, 707 F. Supp. 35, 37 (D.Me. 1989). Subsection 3145(a) mandates a prompt review of the motion to revoke, thereby providing a reasonable safeguard against unduly extended detention during review.

As the Huckabay court explained, there is nothing in the statute or in its legislative history to suggest that Congress intended to deny the district court a reasonable opportunity to inform and exercise its discretion, which necessarily contemplates a hearing and/or de novo consideration of the record presented before the magistrate. Id. at 37.

Section 3142(f) incorporates the important Congressional aim of assuring meaningful review of release orders, inasmuch as subsection 3142(f) permits detention "pending completion of the [detention] hearing," which reasonably includes a limited period

for prompt review of the magistrate's release order under subsection 3145(a).  Id.[1]

The government refers this Court to details in the complaint affidavit, a copy of which is attached to this request, for preliminary details of why the defendant constitutes a danger to the community.

DATED: July 26, 2010                    Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ David L. Gappa
    DAVID L. GAPPA
    Assistant U.S. Attorney

/s/ Charles Magill
Attorney for Todd Udall

---

[1] See also United States v. Geerts, 629 F.Supp. 830, 831 (E.D.Pa. 1985).  (District court found authority for its stay order within the provisions of 18 U.S.C. § 3142(d) which provides for temporary detention pending the revocation of an order for conditional release).

3

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:10-cr-000311 OWW |
| | ) |
| Plaintiff, | ) ORDER ON STIPULATION TO CALENDAR |
| | ) GOVERNMENT'S MOTION FOR REVOCATION |
| v. | ) OF MAGISTRATE JUDGE'S RELEASE |
| | ) ORDER AND STAY OF MAGISTRATE |
| TODD UDALL, | ) JUDGE'S RELEASE ORDER |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

It is ordered that the parties appear for a hearing on the government's motion to revoke the Magistrate Judge's release order. The hearing will take place on Wednesday, July 28, 2010, at 3:00 p.m. It is further ordered that the defendant's release is stayed pending resolution by this Court of the government's motion to revoke the release order.

IT IS SO ORDERED.

**Dated:   July 26, 2010**               /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE

4